# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson, U.S.C.D.J. |
| v. | : | Crim. No. 19-110 |
| NARSAN LINGALA | : | |

## **ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Matthew Nikic, Assistant United States Attorney) and Defendant Narsan Lingala (Jonathan Petty, Esq., Counsel for Defendant), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including January 28, 2020, to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter, and the Defendant having consented to the continuance and waived such right, and this being the first request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that Defense Counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) The Defendant has consented to the above-referenced continuance; and

(3) The granting of a continuance will likely conserve judicial resources; and

(4) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 8th day of November, 2019 ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including January 28, 2020; and

(2) The period from the date this Order is signed through and including January 28, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE FREDA L. WOLFSON
United States Chief District Judge

Consented and Agreed to by:

_____
Matthew Nikic
Assistant U.S. Attorney

_____
Jonathan Petty
Counsel for Defendant

_____
Narsan Lingala
Defendant