```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding

OFFICE:   Trenton
JUDGE     Freda L. Wolfson, U.S.D.J.    Date: May 10, 2022

COURT REPORTER: Carol Farrell

TITLE OF CASE:                          Cr. 19-110-01(FLW)


UNITED STATES OF AMERICA

vs.

NARSAN LINGALA
      DEFENDANT PRESENT

APPEARANCES:
Matthew Nikic, AUSA & Thomas S. Kearney, AUSA for Governmen
Jonathan M. Petty, Esq. for Defendant
Randi Martorano, U.S. Probation Officer
Jayasura Gollamudi, Telugu Interpreter

NATURE OF PROCEEDINGS: SENTENCING as to Counts 1-4 of the Second
Superseding Indictment.
Ordered Interpreter Sworn; Jayasura Gollamudi, Interpreter Sworn.
Sentencing: Imprisonment - 120 Months on each of counts one and
two, 222 Months on each of counts three & four, to be served
concurrently.
Supervised Release: 3 Years on counts one, two, three & four to
run concurrently, with special conditions.
Fine Waived.
Special Assessment: $100.00 or each count 1-4 for a total of
$400.00.
Defendant remanded into the custody of the U.S. Marshals.
Parties advised of appeal rights.
Previously filed indictments are dismissed.


TIME COMMENCED: 10:45 A.M.
TIME ADJOURNED: 11:40 A.M.
TOTAL TIME: 55 minutes

                                    s/Jacqueline Merrigan
                                       Deputy Clerk
```